**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 99-7521**

————————

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

KEMBA NIAMBI SMITH,

                                    Defendant - Appellant.

————————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Robert G. Doumar, Senior District Judge. (CR-93-162, CA-97-411-2-02)

————————

Submitted: April 25, 2000          Decided: August 17, 2000

————————

Before WIDENER and NIEMEYER, Circuit Judges, and BUTZNER, Senior Circuit Judge.

————————

Dismissed by unpublished per curiam opinion.

————————

Donald James Munro, Heather Hanson Anderson, SHEA & GARDNER, Washington, D.C.; George Kendall, NAACP LEGAL DEFENSE & EDUCATIONAL FUND, New York, New York; Laura Ellen Hankins, Washington, D.C., for Appellant. Fernando Groene, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kemba Niambi Smith appeals the district court's orders denying her motions filed under 28 U.S.C.A. § 2255 (West Supp. 1999) and Fed. R. Civ. P. 59(e).  We have reviewed the record and the district court's orders and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  See United States v. Smith, Nos. CR-93-162; CA-97-411-2-02 (E.D. Va. Aug. 4 & Oct. 1, 1999).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2